FILED BY ___ D.C.

05 MAY -2 PM 2:09

ROBERT R. ___
CLERK, U.S. DIST. CT.
W___ TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAMELA M. BROWN and
JONATHAN W. BROWN,

    Plaintiff,

vs.                        No. **04-02369-BBD**

HOMER SKELTON FORD, INC.,

    Defendant.

## ORDER COMPROMISE AND DISMISSAL WITH PREJUDICE

In this cause came the Plaintiffs, Pamela M. Brown and Jonathan W. Brown, and the Defendant, Homer Skelton Ford, Inc. who represented to the Court that all matters, issues and controversies by and between them have been compromised and settled out of Court after engaging in mediation, and that by virtue of said Release and Settlement Agreement properly executed by the parties, the suit of the Plaintiffs, Pamela M. Brown and Jonathan W. Brown as to the Defendant, Homer Skelton Ford, Inc. is dismissed in bar of the right of the Plaintiffs to re-institute said suit.

It is therefore, **ORDERED AND ADJUDGED** that the suit of the Plaintiffs, Pamela M. Brown and Jonathan W. Brown, herein against the Defendant, Homer Skelton Ford, Inc. be and the same hereby is dismissed, with prejudice, in bar of the right of Plaintiffs to re-institute said suit.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-2-05

(22)

It is further **ORDERED** that Court costs shall be taxed to the Defendant, Homer Skelton Ford, Inc., and that the Plaintiffs shall not be entitled to and shall not recover any discretionary costs pursuant to Federal Rule of Civil Procedure 54.

Entered this the ___2nd___ day of ___May___ 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

LAW OFFICE OF LAUREN HOLLOWAY

Lauren L. Holloway (#013276)
Attorney for Defendant
5100 Poplar Avenue, Suite 501
Memphis, Tennessee 38137
(901) 680-7660

HARRISON AND BRADLEY, PLLC

W. Chris Harrison (#18689)
Attorney for Plaintiffs
606 South Mendenhall Road, Suite 350
Memphis, Tennessee 38117
(901) 682-2030

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02369 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

W. Chris Harrison
HARRISON & BRADLEY
606 S. Mendenhall
Ste. 350
Memphis, TN 38117

Lauren L. Holloway
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Carol M. Hayden
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Honorable Bernice Donald
US DISTRICT COURT