UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

PAMELA M. BROWN and
JONATHAN W. BROWN

JUDGMENT IN A CIVIL CASE

v.

HOMER SKELTON FORD, INC.

CASE NO: 04-2369-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Compromise And Dismissal With Prejudice entered on May 2, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 18, 2005
Date

ROBERT R. DI TROLIO

Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02369 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Lauren L. Holloway
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

Carol M. Hayden
LAW OFFICE OF CAROL M. HAYDEN
5100 Poplar Ave.
Ste. 501
Memphis, TN 38137

W. Chris Harrison
HARRISON & BRADLEY
606 S. Mendenhall
Ste. 350
Memphis, TN 38117

Honorable Bernice Donald
US DISTRICT COURT